UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

M.P. by his parents, T.P. and E.P.,

Plaintiff,

-against-

New York City Department of Education,

Defendant.

25-CV-9894 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

On August 10, 2026, defendant's counsel advised the Court by letter that the case had been settled in principle. Dkt. 21. That letter noted, however, that plaintiff continued to seek attorneys' fees, costs, and expenses for legal work under the Individuals with Disabilities Education Act, 20 U.S.C. § 1400, *et seq*. If that is true, the Court does not see why the case should be closed. Accordingly, parties are directed to clarify to the Court whether those claims are part of the settlement agreement and, if not, how the parties would like to proceed with the case.

SO ORDERED.

Dated: August 12, 2026
New York, New York

ARUN SUBRAMANIAN
United States District Judge